# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

BRANDON R. MARTIN

NO. 2022 KW 0335

**JULY 5, 2022**

---

In Re:    Brandon R. Martin, applying for supervisory writs,
          22nd Judicial District Court, Parish of St. Tammany,
          No. 571,999.

---

**BEFORE:    McCLENDON, WELCH, AND HESTER, JJ.**

**WRIT DENIED.**

PMc
JEW
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT